**Gmail**                                        Kasie Livingston <kvlivingston24@gmail.com>

## Let's work together to resolve your account.
1 message

**customerservice@zenresolve.com** <customerservice@zenresolve.com>                Wed, Oct 12, 2022 at 5:13 AM
To: [redacted]@gmail.com

Contact 800-225-1375

### Hi, Kasie Livingston.

We know taking the first step to resolving your outstanding balance of $1,357.10 with Minto Money might seem hard, but we're here to help.

If you can't pay the balance in full, that's OK! We can offer you payment plans to fit your current financial situation.

Take the first step now by clicking the link below to log in to your account.

**VIEW PAYMENT OPTIONS**

ZenResolve Account: 911453898[redacted]
Creditor: Minto Money
Balance Due: $1,357.10
Default Date: 11/08/2021

Thanks,
ZenResolve Team