|  |  |  |
|---|---|---|
| Livingston | ) | |
| | ) | Case No.   23-cv-04122 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge: Virginia Kendall |
| Zenresolve | ) | Magistrate: Jeffrey Cummings |
| | ) | |
| | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

Now comes Plaintiff, by and through counsel, and hereby advises this Court that this case is being Dismissed with Prejudice, with each party bearing its own fees and costs.

**RESPECTFULLY SUBMITTED,**

Suburban Legal Group, PC

By:   /s/  John P. Carlin
John P. Carlin, Esq.
Suburban Legal Group, PC
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel:  847-843-8600
Fax:  847-843-8605
jcarlin@suburbanlegalgroup.com
*Attorney for Plaintiff*